AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | | |
|---|---|---|
| United States of America<br>v.<br>Stephen A. Turner<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 16-30076-NJR |

RECEIVED UNITED STATES MARSHAL
2016 JUN 22 PM 2 52
SOUTHERN DIST. ILLINOIS
E. ST. LOUIS, IL

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Stephen A. Turner                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18:2251(a) and (e) - Production of Child Pornography

FILED
JUL 01 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Date:    06/22/2016                                  _Reid Hermann_, Deputy Clerk
                                                                      *Issuing officer's signature*

City and state:    East St. Louis, IL                             Justine Flanagan, Acting Clerk of Court
                                                                                       *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6-22-16 , and the person was arrested on *(date)* 6-22-16
at *(city and state)* East St. Louis, IL .

Date: 6-29-16                                               _Angel Jones_
                                                                         *Arresting officer's signature*

                                                                         for Jim Jackson, DUSM
                                                                         *Printed name and title*

1625-0623-1220-J