IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 16-CR-30076-NJR |
| vs. ) | |
| ) | |
| STEPHEN A. TURNER, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

In January 2016, M.O. made a report with the Collier County Sheriff's Office in Naples, Florida that her eleven year old daughter, L.O., had been trading inappropriate pictures with an individual named "Stephen," later identified as Defendant. Specifically, Defendant had sent pictures of his penis and face to L.O. and induced and persuaded L.O. to send Defendant photographs of her vagina. The phone number Defendant used to send and receive the photos had a '618' area code.

An officer with the Collier County Sheriff's Office took possession of L.O.'s cell phone and assumed her identity in the effort to identify Defendant. Defendant eventually revealed his full name was Stephen Turner as he encouraged 'L.O.' to get a Facebook account. Defendant was then identified through his Facebook profile as living in Wood River, Illinois. Defendant was taken into custody. He was interviewed and admitted communicating with L.O., trading sexually explicit pictures with her, and telling her how to pose herself for the pictures she sent him.

The cell phone L.O. possessed and used to send and receive photographs to Defendant was a Huawei brand cell phone, which had been transported across state lines or in foreign commerce.

                                                DONALD S. BOYCE
                                                United States Attorney

_____         _____
STEPHEN A. TURNER                      LAURA V. REPPERT
Defendant                                          Assistant United States Attorney

_____
DANIEL CRONIN
Attorney for Defendant

Date: 12-2-16                                     Date: 12/2/16

2